UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-80567-CV-MIDDLEBROOKS/BRANNON

ADAM KOPPEL,
individually and on behalf of all
others similarly situated,

     Plaintiff,
v.

KELLER WILLIAMS REALTY, INC.,
a Texas corporation, and PRODUCERS
GROUP I, LLC d/b/a KELLER WILLIAMS
REALTY AT WELLINGON, a Florida limited
liability company,

     Defendants.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon the Parties' "Stipulation of Dismissal with Prejudice" ("Stipulation"), filed on August 10, 2018. (DE 28). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no order of the Court is required to dismiss this action.

Accordingly, it is hereby **ORDERED and ADJUDGED** that (1) the above-styled action is **DISMISSED WITH PREJUDICE;** (2) the Clerk of Court shall **CLOSE this CASE** and **DENY** all pending motions **AS MOOT**.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 10th day of August, 2018.

Donald M. Middlebrooks
United States District Judge

Copies to:   Counsel of Record